

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2019

No. 04-19-00818-CV

**IN THE INTEREST OF K.R.C., A CHILD,**

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-1390-CV-A
Honorable Dulce Madrigal, Judge Presiding

## O R D E R

The clerk's record was filed on December 2, 2019 and includes a Qualified Domestic Relations Order signed on July 23, 2019. Because appellant did not file a motion for new trial, motion to modify the judgment, motion for reinstatement, or request for findings of fact and conclusions of law, the notice of appeal was due by August 22, 2019 or a motion for extension of time to file the notice of appeal was due by September 6, 2019. *See* TEX. R. APP. P. 26.1(a), 26.3. Appellant did not file a notice of appeal until November 18, 2019. The clerk's record indicates that has not filed a motion for extension of time to file the notice of appeal.

We therefore **ORDER** appellant to file, on or before **January 10, 2020**, a response showing cause why this appeal should not be dismissed for lack of jurisdiction. If appellant fails to satisfactorily respond within the time provided, the appeal will be dismissed. *See* TEX. R. APP. P. 42.3(a), (c). If a supplemental clerk's record is required, appellant must ask the trial court clerk to prepare one and must notify the clerk of this court that such a request was made. All deadlines in this matter are suspended until further order of the court.

_____
Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2019.

_____
MICHAEL A. CRUZ,
Clerk of Court